IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02803-WYD-CBS

JOHN BAKER, an individual,

    Plaintiff,

v.

FRITO-LAY, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Motion for Dismissal with Prejudice (filed March 22, 2010). The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERS that the above-captioned action is **DISMISSED WITH PREJUDICE**, with each party to be responsible for his and its own attorney fees and costs.

Dated this 23rd day of March, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE